# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEND, individually and on behalf of all others similarly situated, and FARSHAD FIROUZMANDI, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>C.R. ENGLAND, INC.,<br><br>                                    Defendant. | Case No.  20-cv-390 MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO CLASS ACTION COMPLAINT**<br><br>[Doc. No. 5] |

David Townsend and Farshad Firouzmandi ("Plaintiffs") and C.R. England, Inc. ("Defendants") jointly move for an extension of time within which Defendants must answer or otherwise respond to Plaintiff's Complaint. *See* Doc. No. 5. Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendant answers or otherwise responds to complaint on or before **April 9, 2020**.

**IT IS SO ORDERED**.

Dated: March 3, 2020

Hon. Michael M. Anello
United States District Judge